RECEIVED
IN LAKE CHARLES, LA

JUN - 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

MICHAEL D. MARLIN                    CIVIL ACTION NO. 05-2172-LC

VS.                                  SECTION P

WARDEN J. YOUNG, ET AL               JUDGE TRIMBLE
                                     MAGISTRATE JUDGE WILSON

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as mandated by the provisions of 42 U.S.C. §1997e.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 1st day of _____June_____, 2006.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE